23336. GAY v. BALKCOM et al., Commissioners.

GRICE, Justice. This case is controlled by the decision in *Gay v. Hunt*, 221 Ga. 841. It presents the same issues, involving the same fines and forfeitures, as are presented in that case.

*Judgment reversed. All the Justices concur, except Cook, J., disqualified.*

ARGUED FEBRUARY 14, 1966—DECIDED MARCH 10, 1966.

*Nelson & Nelson, Carl K. Nelson, Jr.,* for appellant.

*McDonald, Longley, McDonald & McDonald, Ernest McDonald, Paul J. Jones, Jr., William Malcolm Towson, Clifford Seay,* for appellees.